■ In the Matter of RICHARD A. NICOLL, as Conservator of CLAIRE APPELL, Respondent. IRVING LEVINE, Appellant. [621 NYS2d 904] —Appeal by Irving Levine, as limited by his brief, from stated portions of an order and judgment (one paper) of the Supreme Court, Queens County (Kassoff, J.), dated January 22, 1993.

Ordered that the order and judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Kassoff at the Supreme Court. Miller, J. P., Joy, Altman and Goldstein, JJ., concur.

■ In the Matter of ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of MARLEA H., et al., Respondent, v SHELIA K., Appellant. [621 NYS2d 903] —In a proceeding pursuant to Family Court Act article 10, the appeal is from an order of the Family Court, Orange County (Bivona, J.), entered September 25, 1992, finding that the appellant had willfully violated a prior dispositional order of the same court and sentencing her to a term of six months incarceration. By a decision and order on motion of this Court, dated October 2, 1992, the sentence was stayed pending determination of the appeal.

Ordered that the order is reversed, without costs or disbursements, and the petition is dismissed.

The evidence adduced at the hearing in this case does not establish that the appellant's violation of the order of disposition was willful. Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.